(April 25, 1996)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JEROME KARP, on Behalf of ROBERT PINSKY, Petitioner, v DEPARTMENT OF CORRECTION OF THE CITY OF NEW YORK et al., Respondents. [642 NYS2d 526] —Writ of habeas corpus in the nature of an application to grant bail upon Queens County Indictment No. 4273/95.

Adjudged that the writ is sustained, without costs or disbursements, to the extent of granting bail on Queens County Indictment No. 4273/95 in the sum of $25,000, which may be posted in the form of an insurance company bail bond in that sum or by depositing the same sum as a cash bail alternative. Bracken, J. P., O'Brien, Goldstein and Florio, JJ., concur.